**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CERINET USA, INC., | |
| Plaintiff, | Case. No. 26-cv-7789 |
| v. | |
| ANYWAVE COMMUNICATION TECHNOLOGIES, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Cerinet USA, Inc. ("Cerinet"), by and through its undersigned counsel, for its Complaint against Defendant Anywave Communication Technologies, Inc. ("Anywave"), states and alleges as follows:

**THE PARTIES**

1.      Cerinet is a corporation organized under the laws of the State of Delaware, with its principal place of business at 113 Bee Farm Lane, Buena Vista, Virginia, 24416.

2.      Upon information and belief, Anywave is a corporation organized under the laws of the State of Illinois, with a regular and established place of business in Vernon Hills, Illinois.

**JURISDICTION AND VENUE**

3.      This is an action for patent infringement arising under the Patent Act of the United States, 35 U.S.C. § 1, *et seq.*

4.      This Court has original and exclusive subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Anywave because Anywave is incorporated in Illinois and has committed acts of infringement in this District.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b) because Anywave is incorporated in the State of Illinois and maintains a regular and established place of business in this District.

## THE '428 PATENT AND TECHNOLOGY

7.      On February 2, 2016, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 9,253,428 B2 ("the '428 Patent"), entitled "Broadcasting System with Digital Television Signals and Metadata that Modulate Respective Sets of OFDM Carriers," to the named inventors Arthur Webb Allison, III and Allen LeRoy Limberg. A true and correct copy of the '428 Patent is attached as **Exhibit A**.

8.      The '428 Patent claims priority to U.S. Provisional Application No. 62/001,123, filed May 21, 2014, and U.S. Provisional Application No. 62/009,457, filed June 9, 2014.

9.      Cerinet owns all right, title, and interest in and to the '428 Patent, including the right to sue for and recover damages for past and future infringement.

10.     The '428 Patent is directed to a system for broadcasting digital television using coded orthogonal frequency-division multiplexed ("COFDM") carrier waves, and in particular to the generation and reception of a "bootstrap" signal and associated metadata that allow a receiver to discover the emission, identify its transmission format, and decode the broadcast — the mechanism adopted as the ATSC 3.0 System Discovery and Signaling (A/321) and Physical Layer Protocol (A/322).

11.     The bootstrap signaling claimed in the '428 Patent is mandatory for compliance with the ATSC 3.0 standard; every conforming ATSC 3.0 transmission and receiver must implement it. The '428 Patent is declared essential to the ATSC 3.0 standard.

## DEFENDANT'S ACCUSED PRODUCTS

12. Anywave makes, uses, offers to sell, sells, and/or imports ATSC 3.0 transmission equipment, including the Anywave AW9200 ATSC 3.0 exciter (the "Accused Products"), which broadcasters operate to generate and transmit ATSC 3.0 emissions.

13. The Accused Products implement the ATSC 3.0 standard and therefore implement the bootstrap System Discovery and Signaling (A/321) and Physical Layer Protocol (A/322) claimed in the '428 Patent. True and correct copies of publicly available product documentation concerning the Accused Products are attached hereto as **Exhibit B**.

## FRAND COMMITMENT AND ABSENCE OF A LICENSE

14. The '428 Patent is essential to the ATSC 3.0 standard, and Cerinet has committed to license it on fair, reasonable, and non-discriminatory (FRAND) terms. Cerinet is, and at all relevant times has been, willing and able to license the '428 Patent to Anywave on FRAND terms.

15. Anywave has not obtained a license to the '428 Patent and continues to make, use, sell, offer to sell, and/or import the Accused Products without a license.

## COUNT I
## Infringement of U.S. Patent No. 9,253,428

16. Cerinet realleges and incorporates by reference the allegations set forth in the foregoing paragraphs as though fully set forth herein.

17. The '428 Patent is valid, enforceable, subsisting, and in full force and effect.

18. Broadcasters that operate the Accused Products to transmit ATSC 3.0 emissions directly perform, and thereby directly infringe under 35 U.S.C. § 271(a), the methods claimed in the '428 Patent, including at least claims 1, 2, 3, 25, and 26. The Accused Products, when operated to transmit ATSC 3.0, perform each and every step of the claimed methods. The

exemplary claim chart below maps claim 1 to the operation of the Accused Products, step by step.

| Claim limitation | ATSC 3.0 standard · Accused product |
|---|---|
| Preamble — "A method for generating coded orthogonal division multiplex (COFDM) digital television signals suitable for broadcasting, said method comprising the steps of:" | ATSC 3.0 is coded OFDM — OFDM modulation with LDPC/BCH FEC. A/322 §4.1; §6. The A/322 transmitter chain generates COFDM digital-television emissions. Ex. B. |
| 1[a] — "generating a serial stream of effective orthogonal frequency division multiplex (OFDM) symbol blocks conveying one or more digital television signals;" | Television-service data is carried in physical-layer pipes: FEC-encoded (§6.1 BCH/CRC + LDPC), bit-interleaved (§6.2), constellation-mapped (§6.3), time/frequency-interleaved (§§7.1, 7.3), and arranged into the OFDM data symbols of subframes (§7.2.2.1). — Exciter/modulator within the AW9200 produces the OFDM symbol stream. |
| 1[b] — "generating a baseband metadata signal descriptive of the processes for generating said serial stream of effective OFDM symbol blocks;" | Bootstrap (A/321 §5): system_bandwidth, min_time_to_next (Tbl 6.2), bsr_coefficient (Tbl 6.4), preamble_structure (Tbl 6.5; A/322 Annex H). L1 signaling describes the data-generation processes — L1-Basic and L1-Detail per-PLP fields (FEC type, code rate, modulation, time-interleaving, pilot pattern). A/322 §9. — Exciter+ generates the ATSC 3.0 emission incl. bootstrap/preamble; gateway functions. |
| 1[c] — "generating a serial stream of complete OFDM symbol blocks from said serial stream of effective OFDM symbol blocks by substeps including" | ATSC 3.0 is coded OFDM — OFDM modulation with LDPC/BCH FEC. A/322 §4.1; §6. The A/322 transmitter chain generates COFDM digital-television emissions. Ex. B. Television-service data is arranged into the OFDM data symbols of subframes (§7.2.2.1). |
| 1[d] — "introducing segments of said baseband metadata signal into said serial stream of complete OFDM symbol blocks and" | Frame assembly: A/322 §7.2.2.1 — "One bootstrap," "One preamble … located immediately following the bootstrap," "one or more subframes." Bootstrap + preamble (the metadata) are time-multiplexed into the emission ahead of the data symbols. — Exciter constructs the frame (bootstrap+preamble+subframe). |
| 1[e] — "introducing descriptions of pilot carrier into said serial stream of complete OFDM symbol blocks for the purpose of facilitating frequency-domain channel equalization in receivers of said COFDM digital television signals;" | Pilot carriers are inserted per a specified pattern — scattered/continual/edge/subframe-boundary pilots: A/322 §7.2.4 (Dx/Dy), §8.1; "the pilots can be used for … channel estimation" §8.1.1; subframe-boundary density §7.2.4.1. The pilot pattern is also signaled in L1-Detail. — A/322 compliance (pilots mandatory). |

| Claim limitation | ATSC 3.0 standard · Accused product |
|---|---|
| 1[f] — "modulating a plurality of orthogonal frequency-division-multiplexed carriers in accordance with said serial stream of complete OFDM symbol blocks, thus generating a COFDM signal; and" | Each symbol's cells are placed onto subcarriers and converted to the transmitted waveform by the IFFT. A/322 §7.2.1 ("…conversion to a time domain OFDM symbol via an IFFT…"); §8.3; §7.2.3 (8K/16K/32K). — AW9200 produces the COFDM RF output (IFFT per A/322). |
| 1[g] — "inserting a guard interval and cyclic prefix into said COFDM signal." | A guard interval (cyclic prefix) is inserted. A/322 §7.2.1 ("…guard interval insertion"); §8.5; twelve guard-interval lengths §§4.1, 7.2.2.1. — GI insertion per A/322 §8.5. |

19. Anywave induces that infringement under 35 U.S.C. § 271(b). With knowledge of the '428 Patent, Anywave makes, sells, and supplies the Accused Products and provides operating manuals, deployment and commissioning guides, configuration procedures, training, application notes, and technical support that instruct and cause broadcasters to operate the Accused Products in the infringing ATSC 3.0 mode, with the specific intent that the claimed methods be performed. Anywave knows that the Accused Products, when used as instructed, perform the claimed methods.

20. Anywave contributorily infringes under 35 U.S.C. § 271(c). The Accused Products, and their ATSC 3.0 exciter/modulator functionality, are a material part of the claimed inventions, are especially made or adapted for performing the infringing methods, and are not staple articles of commerce suitable for substantial noninfringing use in the accused ATSC 3.0 mode.

21. To the extent Anywave itself operates the Accused Products to generate and transmit ATSC 3.0 emissions — including during manufacture, testing, integration, commissioning, and demonstration — Anywave also directly infringes the '428 Patent under 35 U.S.C. § 271(a).

**WILLFUL INFRINGEMENT AND KNOWLEDGE**

22.     Anywave has had actual knowledge of the '428 Patent since at least January 20, 2022. On that date, MPEG LA, LLC launched the ATSC 3.0 patent pool license (now administered by Via Licensing Alliance), and the '428 Patent was among the patents licensed under that pool as of that date. The '428 Patent has since been continuously and publicly identified as essential to the ATSC 3.0 standard on the MPEG LA / Via LA ATSC 3.0 essential-patent list, on which it is among the first patents listed. The Accused Products implement the ATSC 3.0 standard, including the bootstrap technology claimed in the '428 Patent.

23.     Anywave is a member of the Advanced Television Systems Committee (ATSC), the organization that developed the ATSC 3.0 standard, as reflected in ATSC's publicly available membership roster.

24.     The '428 Patent is publicly declared essential to the ATSC 3.0 standard. Anywave has had actual knowledge of the '428 Patent and of its infringement since at least January 20, 2022, and in any event no later than the filing and service of this Complaint.

25.     Despite its knowledge of the '428 Patent since at least January 20, 2022, Anywave has continued, and continues, to engage in its infringing conduct without a license. Anywave's infringement has been and continues to be willful, wanton, and deliberate.

**PRAYER FOR RELIEF**

**WHEREFORE**, Cerinet respectfully requests that the Court enter judgment in its favor and grant the following relief:

1.      A judgment that Anywave has infringed the '428 Patent;

2.      A judgment that such infringement has been willful;

3.      An award of damages adequate to compensate Cerinet for Anywave's infringement, in no event less than a reasonable (FRAND) royalty, together with pre- and post-judgment interest and costs;

4.      An award of an ongoing reasonable (FRAND) royalty for Anywave's continued infringement following judgment, in lieu of injunctive relief;

5.      A declaration that this is an exceptional case and an award of Cerinet's reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285;

6.      Such enhanced damages as the Court deems appropriate under 35 U.S.C. § 284; and

7.      Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Cerinet demands a trial by jury on all issues so triable.

Of Counsel (*pro hac vice* to be filed):

PADMANABHAN & DAWSON, P.L.L.C.

Devan V. Padmanabhan
Paul J. Robbennolt
Erin O. Dungan
Britta S. Loftus
45 South 7th Street, Suite 2315
Minneapolis, MN  55402
Tel: 612-444-3601
devan@paddalawgroup.com
paul@paddalawgroup.com
erin@paddalawgroup.com
britta@paddalawgroup.com

**OFT LAW PLLC**

*/s/Bartholomew B. Torvik*
Bartholomew B. Torvik (ARDC# 6302166)
701 Main St. #204
Evanston, IL  60202
(888) 828-7087
Fax: (888) 239-0559
bart@oftlaw.com

*Attorneys for Plaintiff Cerinet USA, Inc.*

Dated:  July 2, 2026